Chad C. Butterfield
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: chad.butterfield@jacksonlewis.com

*Attorneys for Defendant TBC – The Boring Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE PERKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TBC – THE BORING COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-02576-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME DEFENDANT TBC – THE BORING COMPANY TO FILE REPLY BRIEFS IN SUPPORT OF:**<br><br>**(1) MOTION TO COMPEL ARBITRATION;**<br><br>**(2) MOTION TO STAY DISCOVERY PENDING DECISION ON MOTION TO COMPEL ARBITRATION; AND**<br><br>**(3) MOTION TO STAY CASE PENDING COMPLETION OF ARBITRATION** |

IT IS HEREBY STIPULATED by and between Plaintiff Bruce Perkins, ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Defendant, TBC – The Boring Company ("Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have a one-week extension, up to and including April 13, 2026, in which to file reply briefs in support of Defendant's (1) motion to compel arbitration (ECF No. 16); (2) motion to stay discovery pending decision on motion to compel arbitration (ECF No. 17); and (3) motion to stay case pending completion of arbitration (ECF No. 18). Plaintiff filed a response in opposition to the foregoing motions on March 31, 2026 (ECF No. 19).

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as Defendant requires additional time to investigate the issues raised in Plaintiff's opposition brief. The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 6th day of April, 2026.

GREENBERG GROSS LLP                    JACKSON LEWIS P.C.


*/s/ Michael A. Burnette*                          */s/ Chad C. Butterfield*
JEMMA E. DUNN, ESQ.                    CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 16229                        Nevada Bar No. 10532
MATTHEW T. HALE                          300 S. Fourth Street, Suite 900
Nevada Bar No. 16880                        Las Vegas, Nevada 89101
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210                        *Attorneys for Defendant*
1980 Festival Plaza Drive, Ste. 730        *TBC – The Boring Company*
Las Vegas, NV 89135

*Attorneys for Plaintiff*
*Bruce Perkins*


**ORDER**

IT IS SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE


Dated: April 7, 2026